■ YETTA SAGORSKY et al., Copartners Doing Business under the Name of I. S. SAGORSKY & SON, Appellants, v. B. H. MALYON, as One of the Underwriters at Lloyd's London, Subscribing Policy No. 49/30726, Respondent.— Judgment unanimously affirmed, with cost. No opinion. Concur — Peck, P. J., Breitel, Rabin, Cox and Frank, JJ.

■ BIRDIE HEUMAN, Respondent, v. L. L. LEVEQUE Co., INC., Appellant, et al., Defendant.— Plaintiff was guilty of contributory negligence as a matter of law in placing herself in a position where her daughter could fall on her and then cause the injuries which she sustained. Judgment reversed, with costs to the appellant, and judgment is directed to be entered in favor of the defendant-appellant dismissing the complaint herein, with costs. Concur — Botein, Rabin and Cox, JJ.; Peck, P. J., and Breitel, J., dissent and vote to affirm.

■ In the Matter of the Arbitration between JERRY DENICOLA, Appellant, and DAMON POLCINI et al., Copartners Doing Business as LEADING JEWELRY MANUFACTURING Co., Respondents.— We agree with Special Term that an indiscretion on the part of appellant's counsel led to injudicious conduct on the part of the arbitrator. We find no showing, however, of partiality on the part of the arbitrator. The conclusion is inescapable on this record that the application to remove the arbitrator was not dictated by any conviction on the part of respondents that the arbitrator was partial, but rather by their concern over developments in the case. It is unfortunate that the proceeding has taken the course it has taken, but we still assume that all the arbitrators can discharge their duties with scrupulous fairness and impartiality. Order unanimously reversed, with $20 cost and disbursements to the appellant, and the motion denied. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.